UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
HAYES, ANNIE K                             §     Case No. 12-81767
                                           §
                                           §
_____Debtor(s)_____            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/14/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: /s/ Daniel M. Donahue_____
                                                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
HAYES, ANNIE K § Case No. 12-81767
  §
  Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 89,000.00 |
| and approved disbursements of | $ | 31,759.37 |
| leaving a balance on hand of[1] | $ | 57,240.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,881.10 | $ 0.00 | $ 5,881.10 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 7,701.00 | $ 0.00 | $ 7,701.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 626.52 | $ 0.00 | $ 626.52 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,208.62 |
| Remaining Balance | $ | 43,032.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,770.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | National Account Systems of Madison | $ 746.00 | $ 0.00 | $ 746.00 |
| 000002 | Van Matre HealthSouth | $ 250.00 | $ 0.00 | $ 250.00 |
| 000003 | Van Matre HealthSouth | $ 250.00 | $ 0.00 | $ 250.00 |
| 000004 | Rockford Mercantile Agency | $ 3,524.75 | $ 0.00 | $ 3,524.75 |

Total to be paid to timely general unsecured creditors      $       4,770.75

Remaining Balance      $      38,261.26

Tardily filed claims of general (unsecured) creditors totaling $ 1,860.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Alden Managment Services, Inc. | $ 750.00 | $ 0.00 | $ 750.00 |
| 000006 | Rockford Nursing & Rehabilitation | $ 1,110.00 | $ 0.00 | $ 1,110.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 1,860.00 |
| | Remaining Balance | | | $ 36,401.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 23.30 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 36,377.96 .

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-81767-TML
Annie K Hayes                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ccabrales          Page 1 of 2          Date Rcvd: Mar 18, 2014
                              Form ID: pdf006          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2014.
```
db          +Annie K Hayes,    4122 Ashwinton Way,    Rockford, IL 61109-3273
18859965    +ATS Medical Services Inc.,    P.O. Box 2549,    Loves Park, IL 61132-2549
18859959    +Alden Managment Services, Inc.,    4200 W. Peterson Avenue Suite 140,    Chicago, IL 60646-6819
18859960    +Allied Business Accounts, Inc.,    300 1/2 South Second Street,    P.O. Box 1600,
              Clinton, IA 52733-1600
18859961     Allsup,    300 Allsup Place,    Belleville, IL 62223-8626
18859962    +Amberwood Nursing & Rehab,    2313 N. Rockton Avenue,    Rockford, IL 61103-3618
18859963    +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plza, Ste 1932,    Chicago, IL 60654-1420
18859964    +Asst US Atty Joel Nathan,    219 S Dearborn St 5th Fl,    Chicago, IL 60604-2029
18859966    +Camelot Radiology Associates,    P.O. Box 1086,    Indianapolis, IN 46206-1086
18859968    +Dept of Housing & Urban Dev,    451 7th St SW,    Washington, DC 20410-0002
18859969     Elite Cardiology Solutions,    2550 Hauser Ross Drive, Ste 325,    Sycamore, IL 60178-3180
18859971    +Enloe Drugs, LLC,    Omnicare Pharmacy,    796 North Sunnyside Road,    Decatur, IL 62522-1156
18859973     IL. Dept of Healthcare & Family Ser,    Bureau of Collections,    P.O. Box 19174,
              Springfield, IL 62794-9174
18859972   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   IL Dept of Revenue,    Bankruptcy, Bulk Sales & Probate,
              100 W. Randolph St. L,    Chicago, IL 60601-3195)
18859974    +Inpatient Div Rockford 03-0160,    950 S. Mulford Road,    Rockford, IL 61108-4274
18859977    +MD at Home,    c/o Professional Billing,    6785 Weaver Road, Ste D,    Rockford, IL 61114-8055
18859978    +Merchant’s Credit Guide,    223 W. Jackson Blvd.,    Chicago, IL 60606-6908
18859979    +Metro Medical Services Inc.,    5112 Forest Hills Court,    Loves Park, IL 61111-8304
18859980     Midland Credit Management,    c/o Blatt, Hasenmiller, et al,    211 Landmark Drive, Suite C1,
              Normal, IL 61761-2160
18859981     National Account Systems of Madison,    P.O. Box 44207,    Madison, WI 53744-4207
18859982    +OSF Lifeline Ambulance,    318 Roxbury Rd,    Rockford, IL 61107-3148
18859983     OSF St. Anthony Medical Center,    5666 E. State Street,    Rockford, IL 61108-2472
18859984    +PNC Bank NA,    c/o Heavner Scott Beyers & Mihlar,    P.O. Box 740,    Decatur, IL 62525-0740
21260581    +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
18859985    +Progressive Financial Services,    P.O. Box 41309,    Nashville, TN 37204-1309
18859986    +Quality Podiatry Group, LTD,    9933 Lawler, #225,    Skokie, IL 60077-3701
18859988    +RMH Pathologists LTD,    c/o PBO, Inc.,    6785 Weaver Road, #D,    Rockford, IL 61114-8055
18859987     Receivable Management Services,    77 Hartland St., Ste 401,    P.O. Box 280431,
              East Hartford, CT 06128-0431
18859989     Rock River Water Reclamation Dist.,    3501 Kishwaukee Street,    P.O. Box 7480,
              Rockford, IL 61126-7480
18859990    +Rockford Fire Department,    P.O. Box 1170,    Milwaukee, WI 53201-1170
18859991    +Rockford Health Physicians,    2300 N. Rockton Avenue,    Rockford, IL 61103-3619
18859992    +Rockford Health System,    Rockford Memorial Hospital,    2400 N. Rockton Avenue,
              Rockford, IL 61103-3681
18859993    +Rockford Mercantile Agency,    2502 S. Alpine Road,    Rockford, IL 61108-7813
18859995     Rockford Radiology,    P.O. Box 1790,    Brookfield, WI 53008-1790
18859996    +Rockford Water Dept,    Attn: Rosemary Wright Finance Dept.,    425 East State Street,
              Rockford, IL 61104-1014
18859997     Santander Consumer,    Attention: Bankruptcy Dept,    P.O. Box 560284,    Dallas, TX 75356-0284
18859999     THC-Chicago Inc.,    3303 Solutions Center,    Chicago, IL 60677-3033
18859998    +TekCollect,    P.O. Box 1269,    Columbus, OH 43216-1269
18860000     The Hartford,    P.O. Box 14305,    Lexington, KY 40512-4305
18860001    +Torres Credit Services,    27 Fairview Street, Ste 301,    P.O. Box 189,    Carlisle, PA 17013-0189
21081531    +Van Matre HealthSouth,    Rehabilitation Hospital,    950 S. Mulford Rd.,    Rockford, IL 61108-4274
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18859958    +E-mail/Text: ars5183harlem@aol.com Mar 19 2014 00:37:31     Account Recovery Services, Inc.,
              5183 Harlem Road, Suite 7,    Loves Park, IL 61111-3448
18859967    +E-mail/Text: aquist@creditorsprotection.com Mar 19 2014 00:37:49
              Creditors’ Protection Service,    202 W. State St, 3rd Floor,    P.O. Box 4115,
              Rockford, IL 61110-0615
18859970     E-mail/Text: bknotice@erccollections.com Mar 19 2014 00:37:32     Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18859975     E-mail/Text: cio.bncmail@irs.gov Mar 19 2014 00:37:22     Internal Revenue Service,
              Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18859976    +E-mail/Text: ebankruptcy@arraysg.com Mar 19 2014 00:37:46     J.C. Christensen & Associates, Inc.,
              P.O. Box 519,    Sauk Rapids, MN 56379-0519
18860002    +Fax: 402-934-3741 Mar 19 2014 01:14:50     TRS Recovery Services,    5251 Westheimer,
              Houston, TX 77056-5416
                                                                                              TOTAL: 6
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21252426     Rockford Nursing & Rehabilitation
```

```
District/off: 0752-3          User: ccabrales          Page 2 of 2          Date Rcvd: Mar 18, 2014
                              Form ID: pdf006          Total Noticed: 47
```

```
18859994    ##+Rockford Nursing & Rehabilitation,    1920 N. Main Street,    Rockford, IL 61103-4708
                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Heather M Giannino    on behalf of Creditor   PNC Bank, National Association
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Jeffry A. Dahlberg    on behalf of Debtor Annie K Hayes ljekberg@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com;SandyC@balsleylawoffice.com;mjmaravich@
               live.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 6