UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                          §
                                §
HAYES, ANNIE K                  §       Case No. 12-81767
                                §
                                §
        Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANNIE K HAYES |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Asst US Atty Joel Nathan 219 S Dearborn St 5th Fl Chicago, IL 60604 |  |  |  |  |  |
|  | Dept of Housing & Urban Dev 451 7th St SW Washington, DC 20410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL. Dept of Healthcare & Family Ser Bureau of Collections P.O. Box 19174 Springfield, IL 62794-9174 | | | | | |
| | Midland Credit Management c/o Blatt, Hasenmiller, et al 211 Landmark Drive, Suite C1 Normal, IL 61761-2160 | | | | | |
| | PNC Bank NA c/o Heavner Scott Beyers & Mihlar P.O. Box 740 Decatur, IL 62525 | | | | | |
| | Santander Consumer Attention: Bankruptcy Dept P.O. Box 560284 Dallas, TX 75356-0284 | | | | | |
| 000007 | PNC MORTGAGE | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| LEVIN & PERCONTI | | | | | |
| LEVIN & PERCONTI | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Scott Harris, P.C. 222 Merchandise Mart Plza, Ste 1932 Chicago, IL 60654 | | | | | |
| | IL Dept of Revenue Bankruptcy, Bulk Sales & Probate 100 W. Randolph St. L Chicago, IL 60601-3195 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATS Medical Services Inc. P.O. Box 2549 Loves Park, IL 61132 | | | | | |
| | Account Recovery Services, Inc. 5183 Harlem Road, Suite 7 Loves Park, IL 61132 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Business Accounts, Inc. 300 1/2 South Second Street P.O. Box 1600 Clinton, IA 52733 | | | | | |
| | Allsup 300 Allsup Place Belleville, IL 62223-8626 | | | | | |
| | Amberwood Nursing & Rehab 2313 N. Rockton Avenue Rockford, IL 61103 | | | | | |
| | Camelot Radiology Associates P.O. Box 1086 Indianapolis, IN 46206 | | | | | |
| | Creditors' Protection Service 202 W. State St, 3rd Floor P.O. Box 4115 Rockford, IL 61110 | | | | | |
| | Elite Cardiology Solutions 2550 Hauser Ross Drive, Ste 325 Sycamore, IL 60178-3180 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256-7412 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enloe Drugs, LLC Omnicare Pharmacy 796 North Sunnyside Road Decatur, IL 62522 | | | | | |
| | J.C. Christensen & Associates, Inc. P.O. Box 519 Sauk Rapids, MN 56379 | | | | | |
| | MD at Home c/o Professional Billing 6785 Weaver Road, Ste D Rockford, IL 61114 | | | | | |
| | Merchant's Credit Guide 223 W. Jackson Blvd. Chicago, IL 60606 | | | | | |
| | Metro Medical Services Inc. 5112 Forest Hills Court Loves Park, IL 61111 | | | | | |
| | OSF Lifeline Ambulance 318 Roxbury Rd Rockford, IL 61107-5090 | | | | | |
| | OSF St. Anthony Medical Center 5666 E. State Street Rockford, IL 61108-2472 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Financial Services P.O. Box 41309 Nashville, TN 37204 | | | | | |
| | Quality Podiatry Group, LTD 9933 Lawler, #225 Skokie, IL 60077 | | | | | |
| | RMH Pathologists LTD c/o PBO, Inc. 6785 Weaver Road, #D Rockford, IL 61114 | | | | | |
| | Receivable Management Services 77 Hartland St., Ste 401 P.O. Box 280431 East Hartford, CT 06128-0431 | | | | | |
| | Rock River Water Reclamation Dist. 3501 Kishwaukee Street P.O. Box 7480 Rockford, IL 61126-7480 | | | | | |
| | Rockford Fire Department P.O. Box 1170 Milwaukee, WI 53201 | | | | | |
| | Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Health System Rockford Memorial Hospital 2400 N. Rockton Avenue Rockford, IL 61103 | | | | | |
| | Rockford Radiology P.O. Box 1790 Brookfield, WI 53008-1790 | | | | | |
| | Rockford Water Dept Attn: Rosemary Wright Finance Dept. 425 East State Street Rockford, IL 61104 | | | | | |
| | THC-Chicago Inc. 3303 Solutions Center Chicago, IL 60677-3033 | | | | | |
| | TRS Recovery Services 5251 Westheimer Houston, TX 77056 | | | | | |
| | TekCollect P.O. Box 1269 Columbus, OH 43216 | | | | | |
| | The Hartford P.O. Box 14305 Lexington, KY 40512-4305 | | | | | |
| | Torres Credit Services 27 Fairview Street, Ste 301 P.O. Box 189 Carlisle, PA 17013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NATIONAL ACCOUNT SYSTEMS OF MADISON | | | | | |
| 000004 | ROCKFORD MERCANTILE AGENCY | | | | | |
| 000002 | VAN MATRE HEALTHSOUTH | | | | | |
| 000003 | VAN MATRE HEALTHSOUTH | | | | | |
| 000005 | ALDEN MANAGMENT SERVICES, INC. | | | | | |
| 000006 | ROCKFORD NURSING & REHABILITATION | | | | | |
| | ALDEN MANAGMENT SERVICES, INC. | | | | | |
| | NATIONAL ACCOUNT SYSTEMS OF MADISON | | | | | |
| | ROCKFORD MERCANTILE AGENCY | | | | | |
| | ROCKFORD NURSING & REHABILITATION | | | | | |
| | VAN MATRE HEALTHSOUTH | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VAN MATRE HEALTHSOUTH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-81767 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HAYES, ANNIE K | Date Filed (f) or Converted (c): | 06/04/12 (f) |
| | | 341(a) Meeting Date: | 06/04/12 |
| For Period Ending: | 06/18/14 | Claims Bar Date: | 11/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 2812 Cameron Avenue Rockfo | 29,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 25.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 5.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles | 5,860.00 | 0.00 | | 0.00 | FA |
| 7. Claim against Amberwood Nursing Home - PI (u) | Unknown | 89,000.00 | | 89,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $35,590.00  $89,000.00  $89,000.00  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report has been filed

Initial Projected Date of Final Report (TFR): 03/01/14     Current Projected Date of Final Report (TFR): 03/01/14

LFORM1

Ver: 18.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-81767 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | HAYES, ANNIE K | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******0334 GENERAL CHECKING |
| Taxpayer ID No: | *******2466 | | |
| For Period Ending: | 06/18/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/13 | 7 | CONTINENTAL CASUALTY COMPANY (CNA) CHICAGO, IL | SETTLEMENT PROCEEDS: PI CLAIM | 1142-000 | 89,000.00 | | 89,000.00 |
| 10/04/13 | 000100 | LEVIN & PERCONTI 325 N. LASALLE ST., STE. 450 CHICAGO, IL 60654 | FEES: ATTY FOR TRUSTEE | 3210-000 | | 29,666.66 | 59,333.34 |
| 10/04/13 | 000101 | LEVIN & PERCONTI 325 N. LASALLE ST., STE. 450 CHICAGO, IL 60654 | EXPENSES: TRUSTEE'S ATTORNEY | 3220-000 | | 1,903.31 | 57,430.03 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 69.62 | 57,360.41 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 58.94 | 57,301.47 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 60.84 | 57,240.63 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 60.77 | 57,179.86 |
| 04/15/14 | 000102 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 5,881.10 | 51,298.76 |
| 04/15/14 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,701.00 | 43,597.76 |
| 04/15/14 | 000104 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 626.52 | 42,971.24 |
| 04/15/14 | 000105 | National Account Systems of Madison P.O. Box 44207 Madison, WI 53744-4207 | Claim 000001, Payment 100.4% | | | 748.62 | 42,222.62 |
| | | | Claim 746.00 | 7100-000 | | | |
| | | | Interest 2.62 | 7990-000 | | | |
| 04/15/14 | 000106 | Van Matre HealthSouth Rehabilitation Hospital 950 S. Mulford Rd. Rockford, IL 61108 | Claim 000002, Payment 100.3% | | | 250.87 | 41,971.75 |
| | | | Claim 250.00 | 7100-000 | | | |
| | | | Interest 0.87 | 7990-000 | | | |
| 04/15/14 | 000107 | Van Matre HealthSouth Rehabilitation Hospital | Claim 000003, Payment 100.3% | | | 250.87 | 41,720.88 |

Page Subtotals 89,000.00 47,279.12

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-81767 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HAYES, ANNIE K | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******0334  GENERAL CHECKING |
| Taxpayer ID No: | *******2466 | | | |
| For Period Ending: | 06/18/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 950 S. Mulford Rd. Rockford, IL 61108 | | | | | |
| | | | Claim      250.00 | 7100-000 | | | |
| | | | Interest     0.87 | 7990-000 | | | |
| 04/15/14 | 000108 | Rockford Mercantile Agency | Claim 000004, Payment 100.4% | | | 3,537.14 | 38,183.74 |
| | | 2502 S. Alpine Road Rockford, IL 61108 | | | | | |
| | | | Claim    3,524.75 | 7100-000 | | | |
| | | | Interest    12.39 | 7990-000 | | | |
| 04/15/14 | 000109 | Alden Managment Services, Inc. | Claim 000005, Payment 100.4% | | | 752.63 | 37,431.11 |
| | | 4200 W. Peterson Avenue Suite 140 Chicago, IL 60646 | | | | | |
| | | | Claim      750.00 | 7200-000 | | | |
| | | | Interest     2.63 | 7990-000 | | | |
| 04/15/14 | 000110 | Rockford Nursing & Rehabilitation | Claim 000006, Payment 100.4% | | | 1,113.92 | 36,317.19 |
| | | 1920 N. Main Street Rockford, IL 61103 | | | | | |
| | | | Claim    1,110.00 | 7200-000 | | | |
| | | | Interest     3.92 | 7990-000 | | | |
| 04/15/14 | 000111 | ANNIE K HAYES | Surplus Funds | 8200-002 | | 36,377.96 | -60.77 |
| | | 4122 ASHWINTON WAY ROCKFORD, IL  61109-3273 | | | | | |
| 05/12/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE ADJUSTMENT | 2600-000 | 60.77 | | 0.00 |

Page Subtotals     60.77     41,781.65

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 12-81767 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | HAYES, ANNIE K | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******0334  GENERAL CHECKING |
| Taxpayer ID No: | *******2466 | | | |
| For Period Ending: | 06/18/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | 89,060.77 | 89,060.77 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 89,060.77 | 89,060.77 | |
| | Less: Payments to Debtors | | 36,377.96 | |
| | Net | 89,060.77 | 52,682.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0334 | 89,060.77 | 52,682.81 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 89,060.77 | 52,682.81 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*